UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIK FRANCIS,

                Plaintiff(s),

against

CITY OF NEW YORK, et al.,

                Defendant(s).

CIVIL ACTION NO.: 17 Civ. 1453 (LAK) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 29, 2019 (ECF No. 73), the Honorable Henry B. Pitman set a revised scheduling order, ordering dispositive motions, if any, be filed by October 31, 2019 and, if no pending dispositive motion, the Pretrial Order be filed by December 3, 2019. The parties did not file a dispositive motion and have failed to file a Pretrial Order.

The parties are **ORDERED** to file, by **Monday, December 9, 2019**, a joint status report explaining the status in this matter.

Dated:     New York, New York
             December 4, 2019

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**