

**JAMES E. JOHNSON**
*Corporation Counsel*

### THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HANNAH V. FADDIS**
*Senior Counsel*
phone: (212) 356-2486
fax: (212) 356-3509
hfaddis@law.nyc.gov

January 3, 2020

**VIA ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Defendants' Letter-Motion to adjourn the conference scheduled for Tuesday, January 7, 2020 at 3:30 pm (ECF No. 84) is GRANTED. The Telephone Conference is rescheduled to **Tuesday, January 7, 2020 at 11:00 am.** The Clerk of Court is respectfully directed to close ECF No. 84.
>
> SO ORDERED 1/6/2020

Re: <u>Malik Francis v. City of New York, et al.,</u>
17-cv-1453 (LAK) (SLC)

SARAH L. CAVE
United States Magistrate Judge

Your Honor:

I am the attorney assigned to represent defendants the City of New York (the "City"), Lemon, Pressley, and Calloway in the above-referenced matter. Defendants respectfully write in to request that the conference scheduled for January 7, 2020, at 3:30 p.m. be rescheduled. Plaintiff's counsel consents to this request.

The reason for this request is that the undersigned must appear at an in-person conference scheduled for January 7, 2020, at 4 p.m., in the Eastern District of New York.[1] Defendants have conferred with plaintiff's counsel and all parties are available on January 7, 2020, before 3:30 p.m., or on January 9, 2020.

Defendants thank the Court for its consideration.

Respectfully submitted,

/s/

Hannah V. Faddis
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
David Shanies, Esq.
*Attorney for Plaintiff*

---

[1] The undersigned must appear on the matter <u>Reid v. City, et al.</u>, 17-cv-5268 (LDH)(CLP), before the Hon. Cheryl L. Pollak, U.S.M.J.