UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIK FRANCIS,

        Plaintiff(s),

against

CITY OF NEW YORK, et al.,

        Defendant(s).

CIVIL ACTION NO.: 17 Civ. 1453 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 7, 2020, the parties were directed to file a proposed protocol for additional Monell discovery and a proposed revised case management plan reflecting the remaining deadlines to completion of discovery. (ECF No. 86). The parties are directed to file a joint letter reporting the status of these proposals by **Friday, January 31, 2020**.

Dated:    New York, New York
           January 24, 2020

                                      SO ORDERED

                                      SARAH L. CAVE
                                      **United States Magistrate Judge**