

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | HANNAH V. FADDIS<br>*Senior Counsel*<br>phone: (212) 356-2486<br>fax: (212) 356-1148<br>hfaddis@law.nyc.gov |
|---|---|---|

December 29, 2020

**VIA ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Malik Francis v. City of New York, et al.</u>,
               17-cv-1453 (LAK) (SLC)

Your Honor:

      I am the attorney assigned to represent defendants the City of New York (the "City"), Lemon, Pressley, and Calloway in the above-referenced matter. Defendants write to inform the Court that the parties have reached a settlement in principle of all claims in this action. The defendants respectfully request an adjournment *sine die* of all outstanding deadlines and appearances, and thirty days in which to file a stipulation of dismissal with the Court. Counsel for plaintiff consents to this request.

      Defendants thank the Court for its consideration herein.

Respectfully submitted,

/s/
Hannah V. Faddis
*Senior Counsel*
Special Federal Litigation Division

---

Defendants' Letter-Motion reporting that the parties have reached a settlement agreement in principle and requesting that the outstanding deadlines be adjourned <u>sine die</u> (ECF No. 94) is GRANTED. The parties' remaining deadlines are adjourned <u>sine die</u> and the parties are ORDERED to submit a Stipulation of Dismissal for review by Judge Lewis A. Kaplan by Th**ursday, January 28, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 94.

SO-ORDERED 12/29/2020

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge