# DAVID B. SHANIES LAW OFFICE

411 Lafayette Street
Sixth Floor
New York, New York 10003
*t: (212) 951-1710*
*f: (212) 951-1350*
www.shanieslaw.com

January 28, 2021

BY ECF

The Honorable Sarah L. Cave
United States Magistrate Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Francis v. City of New York*, et al., No. 17-CV-1453 (LAK) (SLC)

Dear Judge Cave:

    On behalf of Plaintiff Malik Francis, I write to request an extension of time, to February 26, 2021, to file a stipulation of dismissal for Judge Kaplan's review. This is Plaintiff's first request for an extension of that deadline. Defendants consent.

    On December 29, 2020, after defense counsel informed the Court that the parties had reached a settlement in principle, Your Honor directed the parties to file a stipulation of dismissal by January 28, 2021. Plaintiff requests additional time to exchange and finalize the settlement paperwork, in part due to the fact that Plaintiff is incarcerated in state prison. I prepared all the paperwork and sent it to Mr. Francis, but as of today I have not yet received the executed documents. I expect that process to be completed and the stipulation filed by February 26, 2021.

    We thank the Court for its time and consideration of this request.

Respectfully submitted,

David B. Shanies

---

Plaintiff's letter-motion requesting an extension of the deadline to file the Stipulation of Dismissal (ECF No. 96) is GRANTED. Plaintiff shall file the Stipulation of Dismissal by **Friday, February 26, 2021.**

The Clerk of Court is respectfully directed to close ECF No. 96.

SO-ORDERED 1/29/2021

SARAH L. CAVE
United States Magistrate Judge