## DAVID B. SHANIES LAW OFFICE

*411 Lafayette Street*
*Sixth Floor*
*New York, New York 10003*
*t: (212) 951-1710*
*f: (212) 951-1350*
*www.shanieslaw.com*

February 25, 2021

BY ECF

Honorable Sarah L. Cave
United States Magistrate Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Francis v. City of New York* et al., No. 17-CV-1453 (LAK) (HBP)

Dear Judge Cave:

On behalf of Plaintiff Malik Francis, I write to request an extension of time, to March 26, 2021, to file a stipulation of dismissal for Judge Kaplan's review. The current deadline is February 26, 2021. This is Plaintiff's second request for an extension of the deadline. Defendants consent.

Due to pandemic-related issues, Mr. Francis was recently quarantined and prohibited from sending mail. At some point during that process, prison officials lost the settlement paperwork. We have re-sent the documents to Mr. Francis for execution and expect to have them ready to file next month.

Respectfully submitted,

David B. Shanies

---

Plaintiff's letter-motion for an extension of time (ECF No. 98) is GRANTED and the parties shall the stipulation of dismissal by **Friday, March 26, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 98.

SO-ORDERED 2/25/2021

SARAH L. CAVE
United States Magistrate Judge